# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH RUFFIN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>*Defendant*. | Civil Action No.: 7:23-cv-01660-BO-RN |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Deborah Ruffin, individually and on behalf of others similarly situated, hereby moves this court for an Order, pursuant to Federal Rule of Civil Procedure 23(e) and as explained further in the accompanying memorandum of law and the Settlement Agreement attached as Exhibit A thereto, to (i) grant preliminary approval of the Settlement Agreement, (ii) provisionally certify the Settlement Class under Fed. R. Civ. P. 23(b)(3) in connection with the settlement process, (iii) appoint Poulin Willey Anastopoulo, LLC as Class Counsel, (iv) appoint Deborah Ruffin as Class Representative for the Settlement Class, and (v) approve the proposed notice plan, as detailed in the Settlement Agreement, and to direct distribution of the proposed Long- and Short-Form notice. The class definition for which this motion seeks preliminary approval is for is **"all persons in the United States who purchased Recalled Products during the Class Period."** The "Recalled Products" are the nine CVS store-brand eye drop products listed by product name, NDC number, and SKU number in Exhibit A of the Settlement Agreement; the Class Period is October 1, 2021 to October 25, 2023.

In support of this Motion, Plaintiff submits herewith the Memorandum in Support of

1

Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement; the Settlement Agreement dated February 17, 2025, attached hereto as Exhibit A; the Declaration of Paul J. Doolittle of Poulin, Willey, Anastopoulo, LLC attached hereto as Exhibit B; and a [Proposed] Order Granting Preliminary Approval of the Class Action Settlement.

This 18th day of February 2025.

Respectfully Submitted,

/s/ Paul J. Doolittle
Paul J. Doolittle (Special Appearance Counsel)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Fax: 843-494-5536
Email: Paul.doolittle@poulinwilley.com
*Attorney for Plaintiff*


/s/ Tiffany Lawson
Tiffany Lawson (NC Bar No. 56719)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Fax: 843-494-5536
Email:
tiffany.lawson@poulinwilley.com
cmad@poulinwilley.com
*Local Civil Rule 83.1(d) Attorney for the Plaintiff*