UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-01660-BO-RN

| | |
|---|---|
| DEBORAH RUFFIN, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CVS Pharmacy, Inc.,<br><br>Defendant. | **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Deborah Ruffin, individually and on behalf of others similarly situated, hereby moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 23(e) and as explained further in the accompanying memorandum of law and the Settlement Agreement between Plaintiff and CVS Pharmacy, Inc., ECF No. 25, to (i) grant final certification over the proposed settlement class defined in the Settlement Agreement, (ii) overrule all objections and grant final approval of the Settlement Agreement, (iii) enter final judgment in this action and dismiss the action with prejudice, and (iv) grant all other forms of relief required to effectuate the Settlement Agreement, as set forth in the attached proposed order. The class definition for which this motion seeks final approval is **"all persons in the United States who purchased Recalled Products during the Class Period."** The "Recalled Products" are the nine CVS store-brand eye drop products listed by product name, NDC number, and SKU number in Exhibit A of the Settlement Agreement; the Class Period is October 1, 2021 to October 25, 2023.

In support of this Motion, Plaintiff incorporates by reference the Memorandum in Support of Unopposed Motion for Final Approval; the Settlement Agreement between the parties, ECF

1

No. 25; the Court's Preliminary Approval Order, ECF No. 27; the records, pleadings, and papers filed in this action; and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion to be held on October 28, 2025.

Dated: October 13, 2025

By: */s/ Paul J. Doolittle*
Paul J. Doolittle (S.C. Bar No. 66490)
*Specially Appearing*
**Poulin | Willey | Anastopoulo, LLC**
32 Ann Street Charleston, SC 29403
Tel: (803) 222-2222
teamvalente@poulinwilley.com
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

    /s/ *Paul J. Doolittle*
Paul J. Doolittle